# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CV 334

| | |
|---|---|
| **GEOFFREY TURNER,** )<br>)<br>**Plaintiff,** )<br>v. )<br>**LOWELL S. GRIFFIN,** *in his official* )<br>*capacity as Sheriff of Henderson* )<br>*County*, **and OHIO CASUALTY** )<br>**INSURANCE COMPANY**, *in its* )<br>*capacity as Surety on the Official Bond* )<br>*of the Sheriff of Henderson County*, )<br>)<br>**Defendants**. )<br>) | **ORDER** |

    This Order follows two (2) conference calls the Court conducted with counsel on March 29, 2019. The conferences were requested by counsel and concerned certain discovery disputes. Attorneys Jessica E. Leaven and/or Scott M. Anderson appeared for Plaintiff, and attorneys Sean F. Perrin and/or Michael A. Ingersoll appeared for Defendants.

    It appearing that there is a possibility that some if not all of the discovery disputes will be resolved without further Court intervention, the parties' oral joint request for a one-week extension of the discovery deadline will be allowed. Should the parties request that a judicial settlement conference be conducted, such a request should be made by way of a joint filing.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' oral joint request is **GRANTED** and the discovery deadline is **EXTENDED** to April 8, 2019. No further extensions of the discovery deadline will be allowed absent emergent circumstances.

2. All other deadlines in the Pretrial Order, including but not limited to the dispositive motions deadline, remain in effect.

3. As the undersigned finds that the parties have satisfied their obligations as set forth in Section III (B) of the Pretrial Order, the parties may proceed to file appropriate motions concerning discovery should they be unable to resolve the discovery disputes.

Signed: March 29, 2019

W. Carleton Metcalf
United States Magistrate Judge