# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CV 334

| | |
|---|---|
| **GEOFFREY TURNER,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**LOWELL S. GRIFFIN,** in his official )<br>capacity as Sheriff of Henderson County, and )<br>**THE OHIO CASUALTY INSURANCE** )<br>**COMPANY,** in its capacity as Surety on the )<br>Official Bond of the Sheriff of Henderson )<br>County, )<br>)<br>**Defendants.** )<br>) | **ORDER** |

This matter is before the Court upon the Consent Motion to File Documents Under Seal (Doc. 51) which requests the sealing of document numbers 41, 41-1, 46, 46-1, 50, and 50-1 filed by Plaintiff. These documents are motions seeking extensions of time to respond to Defendant's motion for summary judgment, the requested extensions being based on the personal circumstances and medical issues of Plaintiff's counsel.

The Court has considered the Motion to Seal, the public's interest in access to the subject materials, and alternatives to sealing. The Court determines that sealing is necessary in this case, and that less restrictive means of handling the information are not sufficient, as a substantial part of the subject filings reference the confidential medical information of Plaintiff's counsel. The sealing ordered herein shall be permanent, subject to further Order of the Court.

Accordingly, the Consent Motion to File Documents Under Seal (Doc. 51) is **GRANTED**, and document numbers 41, 41-1, 46, 46-1, 50, and 50-1 shall be **SEALED** and remain sealed until further Order of the Court.

Signed: June 13, 2019

W. Carleton Metcalf
United States Magistrate Judge