# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CV 334

| | |
|---|---|
| **GEOFFREY TURNER,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**LOWELL S. GRIFFIN,** in his official )<br>capacity as Sheriff of Henderson )<br>County, **and OHIO CASUALTY** )<br>**INSURANCE COMPANY**, in its )<br>capacity as Surety on the Official Bond )<br>of the Sheriff of Henderson County, )<br>)<br>**Defendants**. )<br>) | **ORDER** |

This matter is before the Court on Plaintiff's Third Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgment (Doc. 50). Defendants' counsel consents to the extension of time. Id. at 4.

For good cause shown, Plaintiff's Third Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment (Doc. 50) is **GRANTED**. Plaintiff shall have up to and including July 8, 2019 to respond to Defendants' Motion for Summary Judgment.

Signed: June 18, 2019

*[signature]*

W. Carleton Metcalf
United States Magistrate Judge