# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 CV 334

| | |
|---|---|
| **GEOFFREY TURNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | |
| **LOWELL S. GRIFFIN,** in his official ) | |
| capacity as Sheriff of Henderson County, and ) | **ORDER** |
| **THE OHIO CASUALTY INSURANCE** ) | |
| **COMPANY,** in its capacity as Surety on the ) | |
| Official Bond of the Sheriff of Henderson ) | |
| County, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

This matter is before the Court upon the Consent Motion to File Document Under Seal (Doc. 55) which requests the sealing of Plaintiff's Fourth Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgment (Doc. 54).

The Court has considered the Motion to Seal, the public's interest in access to the subject materials, and alternatives to sealing. The Court determines that sealing is necessary in this case, and that less restrictive means of handling the information are not sufficient, as a substantial part of the subject filing references the confidential medical information of Plaintiff's counsel. The sealing ordered herein shall be permanent, subject to further Order of the Court.

Accordingly, the Consent Motion to File Document Under Seal (Doc. 55) is **GRANTED**, and document number 54 shall be **SEALED** and remain sealed until further Order of the Court.

Signed: July 2, 2019

W. Carleton Metcalf
United States Magistrate Judge