IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 334

| | |
|---|---|
| GEOFFREY TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| LOWELL S. GRIFFIN, in his official capacity as Sheriff of Henderson County, and OHIO CASUALTY INSURANCE COMPANY, in its capacity as Surety on the Official Bond of the Sheriff of Henderson County, | ) ) ) ) ) ) ) ) ORDER |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the Court on the Consent Motion to File Document Under Seal (Doc. 63), which requests the sealing of Plaintiff's Exhibits 26A, 26B, 26C, and 26D. (Doc. 60).

The Court has considered the Motion to Seal, the public's interest in access to the subject materials, and alternatives to sealing. The Court determines that sealing is necessary in this case, and that less restrictive means of handling the information are not sufficient, as the subject filings reference confidential medical information and personnel records. The sealing ordered herein shall be permanent, subject to further Order of the Court.

Accordingly, the Consent Motion to File Document Under Seal (Doc. 63) is **GRANTED**, and (Doc. 60) including Plaintiff's Exhibits, 26A, 26B, 26C, and 26D, shall be **SEALED** and remain sealed until further Order of the Court.

Signed: July 23, 2019

W. Carleton Metcalf
United States Magistrate Judge